# EXHIBIT A



# Service of Process Transmittal
08/22/2019
CT Log Number 536105624

| | |
|---|---|
| **TO:** | Carol Herceg<br>The Prudential Insurance Company of America<br>2101 Welsh Road, Law Dept.<br>Dresher, PA 19025 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | The Prudential Insurance Company of America  (Domestic State: NJ) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LARIZA R WILLIAMS, PLTF. vs. The Prudential Insurance Company of America, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition(s), Verification(s), Interrogatories |
| **COURT/AGENCY:** | 15th Judicial District Court, Parish of Lafayette, LA<br>Case # C20191017C |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/22/2019 postmarked on 08/21/2019 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | Allen J. Myles<br>Myles & Myles<br>Post Office Box 877<br>Plaquemine, LA 70764<br>225-687-2822 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/22/2019, Expected Purge Date: 08/27/2019<br><br>Image SOP<br><br>Email Notification,  Legal Process Unit  legal.process.unit@prudential.com<br><br>Email Notification,  Carol Herceg  carol.herceg@prudential.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **For Questions:** | 954-473-5503 |

Page 1 of  1 / NK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



U.S. POSTAGE >> PITNEY BOWES

ZIP 70802 $ 004.95⁰
02 4W
0000367689 AUG 21 2019



Baton Rouge P&DC
WED 21 AUG 2019 PM

7019 0160 0000 4682 3005

SS151

# State of Louisiana
## Secretary of State

08/21/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 20191017
15TH JUDICIAL DISTRICT COURT
LAFAYETTE PARISH

LARIZA R. WILLIAMS
vs
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 08/20/2019
Title: DEPUTY SHERIFF

No: 1131356



TG

LAFPC.CV.56640493
cc_maarceneaux

Ordered by Atty.: ALLEN J. MYLES

# CITATION

**SERVICE COPY**

**LARIZA R WILLIAMS**                       FIFTEENTH JUDICIAL DISTRICT COURT

**VS**                                      DOCKET NUMBER: C-20191017 C

**PRUDENTIAL INSURANCE COMPANY OF AMERICA**  PARISH OF LAFAYETTE, LOUISIANA

**STATE OF LOUISIANA**

TO: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE, LA 70809

**PAUPER**

SERVED ON
R. KYLE ARDOIN
AUG 20 2019
SECRETARY OF STATE
COMMERCIAL DIVISION

of the Parish of E BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this AUGUST 6, 2019.

_____
Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

**FAXED AND ORIGINAL PETITION FOR BREACH OF CONTRACT, VERIFICATION AND INTERROGATORIES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

**PAUPER**

DATE SERVED: _____, 20_____ TIME: _____ **SERVICE COPY**
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____  MILEAGE $_____  TOTAL $_____
DEPUTY _____

# 15th JUDICIAL DISTRICT COURT

## PARISH OF IBERVILLE

### STATE OF LOUISIANA

### LARIZA R. WILLIAMS

### VERSUS

### THE PRUDENTIAL INSURANCE COMPANY OF AMERICA



NUMBER: _____          DIVISION "___"

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PETITION FOR BREACH OF CONTRACT

TO THE HONORABLE JUDGES OF THE 15th JUDICIAL DISTRICT COURT IN AND FOR THE PARISH OF LAFAYETTE, STATE OF LOUISIANA:

The petition of **LARIZA R. WILLIAMS** the full age of majority domiciled in the Parish of Lafayette, State of Louisiana and with respect represents the following:

**1.**

Made defendants herein are the following:

A. **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, a foreign corporation licensed to do and doing business in the State of Louisiana.

**2.**

At all times pertinent to this petition **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, was the life insurance carrier of the plaintiff, **LARIZA R. WILLIAMS**.

**3.**

Approxiatmately ten (10) years ago, **LARIZA R. WILLIAMS**, entered a life insurance contract with **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, through her [illegible] **WALKER** and they had two (2) children who were also on the policy as beneficiaries; **TREVIOUS WALKER AND TREVEIONES WALKER. LARIZA R. WILLIAMS** and **TREVOR WALKER** were divorced but **LARIZA R. WILLIAMS** continued to maintain life insurance on him because of the children.

**4.**

**TREVOR WALKER** passed away on February 17, 2018.

5.

**LARIZA WILLIAMS** presented a claim under the policy and was denied because she was not legally married to **TREVOR WALKER** at the time of his death. Thus even though they were domestic partners.

6.

Petitioner now shows that for the past ten (10) years prior to **TREVOR WALKERS** death she paid all premiums due on the policy, the policy was never cancelled.

7.

At the time of **TREVOR WALKERS** death the burial expenses of Mr. Walker fail to its means to bury him. These bills are still outstanding.

8.

Amicable demand has proven to no avail.

**WHEREFORE**, petitioner prays that the judgment be rendered in their favor and against the defendant, **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, for a just amount that is reasonable in the premises with legal interest from the date of judicial demand until paid and for the costs of these proceedings.

**PETITIONERS FURTHER PRAY** for all general and equitable relief.

RESPECTFULLY SUBMITTED:

**MYLES & MYLES**
**ATTORNEYS AT LAW**

BY: _____
ALLEN J. MYLES
BAR ROLL NO. 9361
P.O. BOX 277
PLAQUEMINE, LA 70764
(225) 687 2122

**PLEASE SERVE:**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
through its agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

A TRUE COPY ATTEST
Lafayette, LA 8-16-19
BY. CLERK OF COURT

FAX FILED THIS 14
DAY OF Feb, 2019
Deputy Clerk of Court

02/14/2019 12:53PM FAX 2256879333 MYLES & MYLES  Case 6:19-cv-01151-MJJ-CBW Document 1-3 Filed 09/03/19 Page 8 of 15 PageID #: 15

Received: 2256879333 Feb 14 2019 11:56am P005
@0005/0013


54328091

## 15th JUDICIAL DISTRICT COURT

## PARISH OF IBERVILLE

## STATE OF LOUISIANA

## LARIZA R. WILLIAMS

## VERSUS

## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

NUMBER: _____                     DIVISION "___"

* * * * * * * * * * * * * *

### VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF IBERVILLE**

BEFORE ME, the undersigned authority, a Notary Public, duly sworn and qualified in and for the Parish of Iberville, State of Louisiana, personally came and appeared:

### LARIZA R. WILLIAMS

who, after first being duly sworn, did depose and say that:

They are the petitioners in the foregoing Petition and that all the allegations of fact contained therein are true and correct to the best of their knowledge, information and belief.

_____
LARIZA R. WILLIAMS

SWORN TO AND SUBSCRIBED BEFORE ME, this 14th day of February, 2019.

_____
NOTARY PUBLIC

A TRUE COPY ATTEST          FAX FILED THIS 14
Lafayette, LA  8-16-19      DAY OF Feb, 2019
_____   _____
DY. CLERK OF COURT          Deputy Clerk of Court

# 15th JUDICIAL DISTRICT COURT

## PARISH OF IBERVILLE

## STATE OF LOUISIANA

### LARIZA R. WILLIAMS

### VERSUS

### THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

NUMBER: _____                                    DIVISION "___"

* * * * * * * * * * * * * *
### INTERROGATORIES

TO: **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
through its agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

The following interrogatories are propounded to you pursuant to the Louisiana code of Civil Procedure, as amended, and are to be answered under oath, in writing, within fifteen (15) days of service hereof. Said interrogatories are to be deemed continuing in nature so as to required supplementation of responses should further information responsive thereto become available.

**INTERROGATORY NO. 1:**
Please give the full name, address, and telephone number of the person answering these interrogatories on behalf of your insurance company.

**INTERROGATORY NO. 2:**
Please state in detail providing copies of any documentation necessary to explain your position, why you denied Ms. Lariza's claim for payment under the policy.

**INTERROGATORY NO. 3:**
Does the policy have an incontestability clause?

**INTERROGATORY NO. 4:**
State whether or not you have ever made written request to Ms. Williams regarding any changes to be made to the policy.

**INTERROGATORY NO. 5:**
Please state whether or not you have ever previously provided a complete copy of the policy from ten years ago as well as any updates or changes since that time to Ms. Williams. Please attach a copy of the original policy extended to Ms. Williams to these answers.

**INTERROGATORY NO. 6:**
Please attach copies of all changes to date, riders, or other modifications made to the original policy extended to Ms. Williams. Please attach copies of all such modifications to your answers.

These interrogatories are to be deemed continuing so as to require supplemental answers under oath, fully and in writing, at any time that additional information may be obtained after answers are filed to these interrogatories, which would be furnished if the interrogatories should be continuously repeated.

RESPECTFULLY SUBMITTED:
**MYLES & MYLES**
**ATTORNEYS AT LAW**

BY: _____
ALLEN J. MYLES
BAR ROLL NO. 8562
P. O. BOX 877
PLAQUEMINE, LA 70764
(225) 687-2822

A TRUE COPY ATTEST
Lafayette, LA. 8-10-19
BY CLERK OF COURT

FAX FILED THIS 14 DAY OF Feb, 2019
Deputy Clerk of Court

15th JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

LARIZA R. WILLIAMS

**INDEXED**

VERSUS

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

NUMBER: 2019 1017     DIVISION "C"

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PETITION FOR BREACH OF CONTRACT**

TO THE HONORABLE JUDGES OF THE 15th JUDICIAL DISTRICT COURT IN AND FOR THE PARISH OF LAFAYETTE, STATE OF LOUISIANA:

The petition of **LARIZA R. WILLIAMS** the full age of majority domiciled in the Parish of Lafayette, State of Louisiana and with respect represents the following:

1.

Made defendants herein are the following:

A. **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, a foreign corporation licensed to do and doing business in the State of Louisiana.

2.

At all times pertinent to this petition **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, was the life insurance carrier of the plaintiff, **LARIZA R. WILLIAMS**.

3.

Approxiatmately ten (10) years ago, **LARIZA R. WILLIAMS,** entered a life insurance contract with **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, through her employer, Wal-Mart. At the time the contract was signed she was married to **TREVOR WALKER** and they had two (2) children who were also on the policy as beneficiaries; **TREVIOUS WALKER AND TREVEIONES WALKER. LARIZA R. WILLIAMS** and **TREVOR WALKER** were divorced but **LARIZA R. WILLIAMS** continued to maintain life insurance on him because of the children.

4.

**TREVOR WALKER** passed away on February 17, 2018.

5.

**LARIZA WILLIAMS** presented a claim under the policy and was denied because she was not legally married to **TREVOR WALKER** at the time of his death. Thus even though they were domestic partners.

6.

Petitioner now shows that for the past ten (10) years prior to **TREVOR WALKERS** death she paid all premiums due on the policy, the policy was never cancelled.

7.

At the time of **TREVOR WALKERS** death the burial expenses of Mr. Walker fail to its nearest relatives which were his kids, the children of the plaintiff, because no one else had the means to bury him. These bills are still outstanding.

8.

Amicable demand has proven to no avail.

**WHEREFORE**, petitioner prays that the judgment be rendered in their favor and against the defendant, **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, for a just amount that is reasonable in the premises with legal interest from the date of judicial demand until paid and for the costs of these proceedings.

**PETITIONERS FURTHER PRAY** for all general and equitable relief.

RESPECTFULLY SUBMITTED:

**MYLES & MYLES
ATTORNEYS AT LAW**

BY: _____
ALLEN J. MYLES
BAR ROLL NO. 8562
P.O. BOX 877
PLAQUEMINE, LA 70764
(225) 687-2822

**PLEASE SERVE:**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
through its agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

A TRUE COPY ATTEST
Lafayette, LA
BY CLERK OF COURT

FILED THIS 14
DAY OF Feb, 2019
Deputy Clerk of Court


53950739

# 15th JUDICIAL DISTRICT COURT

# PARISH OF IBERVILLE

# STATE OF LOUISIANA

### LARIZA R. WILLIAMS

### VERSUS

### THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

NUMBER: _____  DIVISION "___"

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF IBERVILLE**

    **BEFORE ME**, the undersigned authority, a Notary Public, duly sworn and qualified in and for the Parish of Iberville, State of Louisiana, personally came and appeared:

### LARIZA R. WILLIAMS

who, after first being duly sworn, did depose and say that:

    They are the petitioners in the foregoing Petition and that all the allegations of fact contained therein are true and correct to the best of their knowledge, information and belief.

_____
LARIZA R. WILLIAMS

**SWORN TO AND SUBSCRIBED BEFORE ME**, this 14th day of February, 2019.

_____
NOTARY PUBLIC

A TRUE COPY ATTEST
Lafayette, LA 8-16-19
_____
BY. CLERK OF COURT

FILED THIS 14
DAY OF Feb, 2019
_____
Deputy Clerk of Court

## 15th JUDICIAL DISTRICT COURT

## PARISH OF IBERVILLE

## STATE OF LOUISIANA

## LARIZA R. WILLIAMS

## VERSUS

## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

NUMBER: _____     DIVISION "___"

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
## INTERROGATORIES

TO: **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
through its agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

The following interrogatories are propounded to you pursuant to the Louisiana code of Civil Procedure, as amended, and are to be answered under oath, in writing, within fifteen (15) days of service hereof. Said interrogatories are to be deemed continuing in nature so as to required supplementation of responses should further information responsive thereto become available.

### INTERROGATORY NO. 1:
Please give the full name, address, and telephone number of the person answering these interrogatories on behalf of your insurance company.

### INTERROGATORY NO. 2:
Please state in detail providing copies of any documentation necessary to explain your position, why you denied Ms. Lariza's claim for payment under the policy.

### INTERROGATORY NO. 3:
Does the policy have an incontestability clause?

### INTERROGATORY NO. 4:
State whether or not you have ever made written request to Ms. Williams regarding any changes to be made to the policy.

### INTERROGATORY NO. 5:
Please state whether or not you have ever previously provided a complete copy of the policy from ten years ago as well as any updates or changes since that time to Ms. Williams. Please attach a copy of the original policy extended to Ms. Williams to these answers.

### INTERROGATORY NO. 6:
Please attach copies of all changes to date, riders, or other modifications made to the original policy extended to Ms. Williams. Please attach copies of all such modifications to your answers.

These interrogatories are to be deemed continuing so as to require supplemental answers under oath, fully and in writing, at any time that additional information may be obtained after answers are filed to these interrogatories, which would be furnished if the interrogatories should be continuously repeated.

RESPECTFULLY SUBMITTED:
MYLES & MYLES
ATTORNEYS AT LAW

BY: _____
ALLEN J. MYLES
BAR ROLL NO. 8562
P. O. BOX 877
PLAQUEMINE, LA 70764
(225) 687-2822

A TRUE COPY ATTEST
Lafayette, LA. 8-10-19
_____
DY. CLERK OF COURT

FILED THIS 14
DAY OF Feb, 2019
_____
Deputy Clerk of Court